IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **SYMBOLY INNOVATIONS, LLC,** § | | |
| § | | |
| Plaintiff, § | | |
| § | | |
| v. § | Civil Action No. **3:23-CV-1902-L** | |
| § | | |
| **ALEXANDER MCQUEEN TRADING** § | | |
| **AMERICA, INC.,** § | | |
| § | | |
| Defendant. § | | |

## **ORDER**

Before the court is the parties' Joint Motion to Consolidate Related Actions for Pre-trial Purposes (Doc. 19), filed December 13, 2023. The parties request that the following cases be consolidated:

- *Symbology Innovations, LLC v. Yves Saint Laurent America, Inc.*, No. 3:23-cv-01755-L;

- *Symbology Innovations, LLC v. Bottega Veneta, Inc.*, No. 3:23-cv-01881-L; and

- *Symbology Innovations, LLC v. Alexander McQueen Trading America, Inc.*, No. 3:23-cv-01902-L

Similar Joint Motions to Consolidate were filed in each of these three cases. Because of the common questions of law and fact, and in the interest of judicial economy, the court determines that the above-styled cases should be and are, hereby **consolidated**. All future pleadings and other papers **shall** henceforth be filed under Civil Action No. 3:23-CV-1755-L-BN and shall bear the legend "Consolidated with Civil Action No. 3:23-CV-1902-L."

Further, in light of the court's consolidation orders, it **directs** Plaintiff to file an amended consolidated complaint by **January 23, 2024**, that includes all claims against all Defendants in this consolidated action. The filing of an amended consolidated complaint will moot the Motions to Dismiss filed in the three cases and related request for continuance. The court, therefore, **denies**

**Order – Page 1**

**without prejudice** the Motions to Dismiss that were filed in all three civil actions and **directs** the clerk of the court to file this order in the three cases and **term** all pending motions in the three cases. After Plaintiff files its amended consolidated complaint, Defendants may file a consolidated motion to dismiss. The clerk of the court is **directed** to docket this order in Civil Action Nos. 3:23-cv-1755-L-BN; 3:23-CV-1881-L; and 3:23-cv-1902-L.

**It is so ordered** this 27th day of December, 2023.

                                                    Sam A. Lindsay
                                                  United States District Judge